IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| WB Towing, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.  2:20-cv-03824-RMG |
| | ) | |
| The M/Y LIL YACHTY (Off. No. 1287565) | ) | |
| her engines, tackle, nets, gear, apparel, | ) | |
| appurtenances, cargo, etc., *in rem*; | ) | |
| Phoenix Charters, LLC f/k/a Lil Yachty | ) | |
| Charters, LLC, and Miles Parks McCollum, | ) | |
| *in personam*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORIGINAL COMPLAINT

**COMES NOW**, Plaintiff, WB Towing, Inc., through undersigned counsel, who respectfully avers before this Honorable Court as follows:

### Subject Matter Jurisdiction and Applicable Law

1.     This matter falls within the Admiralty and Maritime Jurisdiction conferred on this Honorable Court by 28 U.S.C. l333.

2.     This action arises under and is governed by the General Maritime Law of the United States; The International Convention on Salvage, Apr. 28, 1989, S. Treaty Doc. No. 102–12, 1953 U.N.T.S. 193, Title 46 and or 33 of the United States Code; other laws supplementary and amendatory thereto; and all precedent interpreting same.

3.     Plaintiff hereby invokes Rule 9(h) of the Federal Rules of Civil Procedure.

### Parties

4.     Plaintiff is a corporation organized and existing under the laws of the State of North Carolina with its principal place of business in Wilmington, North Carolina. The company does

1

business as TowBoat U.S. Wrightsville Beach and, among other things, is a professional salvor in the business of providing salvage services to vessels such as the LIL YACHTY.

5.      The LIL YACHTY is, or was, a self-propelled, U.S. Flagged, 50ft. Prestige Motor Yacht, assigned Official Number 1287565 ("the Vessel"). On information and belief, this vessel or the substitute *res* of the vessel is expected may appear within this District and the jurisdiction of this Honorable Court during the pendency of this action.

6.      Defendant Phoenix Charters, LLC is a Connecticut Limited Liability Company, formerly known as Lil Yachty Charters, LLC, and is the registered owner of the LIL YACHTY.

7.      Defendant Miles Parks McCollum is, upon information and belief, the beneficial owner of the LIL YACHTY and was also the owner of certain cargo aboard the LIL YACHTY at the time of the events described below, specifically certain unidentified jewlery, cash, precious metals, and/or other valuables reportedly worth in excess of $300,000, and was at all times relevant this action, the owner *pro hac vice* of the LIL YACHTY.

### Facts

8.      On or about November 1, 2018, the LIL YACHTY was transiting the ICW through North Carolina,  being piloted by a professional Master and a Mate, when a fire broke out aboard the vessel. On information and belief, the fire was started electrically, but quickly grew to be out of control.

9.      When the fire began, the crew of the vessel issued a "mayday" call, alerting the United States Coast Guard and other recipients that the vessel and her crew were in grave danger.

10.     WB Towing, always at the ready, immediately dispatched a tow vessel to intercept the LIL YACHTY. On arrival, flames were beginning to engulf the interion, and the crew of the vessel required immediate assistance.

11.    While WB Towing had available equipment and skilled personnel that may have been able extinguish the fire and therefore save the vessel, WB Towing instead elected to remove the crew from the vessel and remove them from danger, carrying them to safety some distance from the burning hull, thereby engaging in an act of life salvage as recognized by the General Maritime Law.

12.    Once safely aboard the WB Towing vessel, the crew and salvage master observed from afar while the LIL YACHTY burned to the water line.

13.    WB Towing delivered the crew of the LIL YACHTY safely ashore.  Thereafter, the fire aboard the smoldering hull was extinguished, and WB Towing was able to deliver the remains of the hull safely ashore, including a safe aboard the vessel containing the aforementioned cargo owned by Defendant McCollum, which was all unharmed.

14.    The Crew of the LIL YACHTY were adrift in the ICW, while the vessel was becoming engulfed in flames, and in danger of burning to death, drowning, dying of smoke and/or chemical inhalation, etc. Plaintiff  performed an act of life salvage, at grave personal risk to the life and safety of its own employees, which removed the crew from danger while foregoing a significant salvage award upon the vessel itself.  Plaintiff's services saved the lives of the Crew, and also subsequently saved the cargo, from all potential peril and prevented significant environmental damage.

15.    The LIL YACHTY had been recently purchased new prior to the incident.  On information and belief,  the pre-casualty value of the vessel was over One Million Dollars.

16.    The service rendered by Plaintiff was a salvage of great merit, as the Crew of the Vessel and the vessel's cargo were in imminent peril.  Plaintiff's service was prompt, efficient, and successful, requiring high degree of skill, and placing life and equipment of great value at risk.

3

Plaintiff is therefore deserving of a life salvage award pursuant to the factors outlined in The Blackwall, 77 U.S. 1, 14 (1870) and Reiss v. One Schat-Harding Lifeboat No. 120776 # 1, 444 F. Supp. 2d 553, 559 (D.S.C. 2006),

17.     Plaintiff is entitled to, and hereby claims, a maritime lien against the LIL YACHTY and/or any substitute res owned by the Defendants, for salvage.

WHEREFORE, Plaintiff prays that there be judgment entered herein in its favor and against the Defendant M/Y LIL YACHTY, *in rem*, and the remaining Defendants, in personam, to wit:

That a writ, *in rem*, be immediately issued to the LIL YACHTY and her Cargo, as may be identified, pursuant to Rule C of the Federal Supplemental Rules of Certain Admiralty and Maritime Claims, and that after due proceedings, that Plaintiffs be granted judgment in its favor, that the Court award Plaintiff a High-Order Salvage Award, or otherwise an award not less than $350,000.00 against the LIL YACHTY, and the *in personam* Defendants, \and that Plaintiff's claims be paid with preference and priority over all other claims, and that the Plaintiff be granted costs of this proceeding, attorney's fees, and pre-judgment interest, and FOR ALL SUCH FURTHER RELIEF as this Admiralty Court may deem just and right following trial of this cause.

RESPECTFULLY SUBMITTED:

MARVEL ET AL., LLC

/s David B. Marvel
David B. Marvel (Fed ID No 7957)
PO Box 22734
Charleston, South Carolina 29413
Phone (843) 853-4877
E-mail:  dave@marvel.lawyer
**ATTORNEY FOR THE PLAINTIFF,**
**WB TOWING, INC.**

November 1, 2020
Charleston, South Carolina