IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| WB Towing, Inc. )<br>)<br>Plaintiff, )<br>v. )       Civil Action No. 2:20-cv-03824-RMG<br>)<br>The M/Y LIL YACHTY (Off. No. 1287565) )<br>her engines, tackle, nets, gear, apparel, )<br>appurtenances, cargo, etc., *in rem*; )<br>Phoenix Charters, LLC f/k/a Lil Yachty )<br>Charters, LLC, Jeffrey A. Leibowitz, and )<br>Karen E. Leibowitz, )<br>*in personam*, )<br>)<br>Defendants. ) | |

**SUMMONS IN A CIVIL ACTION**

To:   Defendants Jeffrey A. Leibowitz and Karen E. Leibowitz

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.

The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David B. Marvel, P.O. Box 22734, Charleston, SC  29413, Ph. (843) 853 4877

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Robin L. Blume
CLERK OF COURT

s/Sandra Shealy
Deputy Clerk

Date: 5/11/2021