### UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION
### IN ADMIRALTY

| | |
|---|---|
| WB Towing Inc,<br><br>       Plaintiff,<br><br>  v.<br><br>The M/Y Lil Yachty (Off. No. 1287565), her engines, tackle, nets, gear, apparel, appurtenances, cargo, etc. *in rem*; Phoenix Charters, LLC f/k/a Lil Yachty Charters, LLC; Jeffrey A. Leibowitz; and Karen E. Leibowitz, *in personam*,<br><br>       Defendants. | Case No.: 2:20-cv-03824-RMG<br><br><br>**ORDER** |

The Court, having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Fed. R. Civ. P. 60(b). In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement, and the Court specifically retains jurisdiction to enforce the settlement. *See Fairfax Countywide Citizens Ass'n v. Fairfax Cnty., Va.*, 571 F.2d 1299 (4th Cir. 1978). The dismissal hereunder shall be with prejudice if no action is taken under either alternative within sixty (60) days from the filing date of this order.

**AND IT IS SO ORDERED.**

                             s/ Richard M. Gergel
                             Richard M. Gergel
                             United States District Judge

December 8, 2022
Charleston, South Carolina