IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| WB Towing, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 2:20-cv-03824-RMG |
| ) | |
| The M/Y LIL YACHTY (Off. No. 1287565) ) | |
| her engines, tackle, nets, gear, apparel, ) | |
| appurtenances, cargo, etc., *in rem*; ) | |
| Phoenix Charters, LLC f/k/a Lil Yachty ) | |
| Charters, LLC, Jeffrey A. Leibowitz, and ) | |
| Karen E. Leibowitz, ) | |
| *in personam*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned matter, by and through undersigned counsel and pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, with prejudice, with each party to bear its own costs and fees related thereto.

WE SO STIPULATE:                           WE SO STIPULATE:

HINES & GILSENAN, LLC                      MARVEL ET AL., LLC

By: s/ Julius H. Hines                     By: s/ David B. Marvel
Julius H. Hines (Fed ID #5807)             David B. Marvel (Fed ID #7957)
Ryan Gilsenan (Fed ID #9837)               PO Box 22734
1535 Hobby Street, Suite 203-D             Charleston, SC 29413
N. Charleston, SC 29405                    (843) 853-4877
(843) 266-7577                             dave@marvel.lawyer
hines@hinesandgilsenan.com
gilsenan@hinesandgilsenan.com

1